**United States District Court**
**District of Massachusetts (Boston)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-10054-RGS**
**Internal Use Only**

07-855 C

Tortorella et al v. United States of America et al
Assigned to: Judge Richard G. Stearns
Cause: 28:1346 Breach of Contract

Date Filed: 01/11/2006
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

FILED
DEC 4 2007
U.S. COURT OF FEDERAL CLAIMS

**Plaintiff**

**Louis P. Tortorella** represented by **Constance A. Driscoll**
Stevens Law Office
127 Mountain Road
P.O. Box 1200
Stowe, VT 05672
802-253-8547
Fax: 802-253-9945
Email: constance.driscoll@stowelawyers.com
*TERMINATED: 03/06/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Shek**
Weston, Patrick, Willard & Redding, PA
84 State Street
11th Floor
Boston, MA 02109-2299
617-742-9310
Fax: 617-742-5734
Email: jrs@wpwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

9/11/07
I HEREBY ATTEST AND CERTIFY ON [illegible] THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

**Plaintiff**

**Wayne Gutierrez** represented by **Constance A. Driscoll**
(See above for address)
*TERMINATED: 03/06/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Shek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph P. Murphy** represented by **Constance A. Driscoll**
(See above for address)
*TERMINATED: 03/06/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Shek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven M. Littlefield** represented by **Constance A. Driscoll**
(See above for address)
*TERMINATED: 03/06/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Shek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America** represented by **Mark T. Quinlivan**
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
617-748-3606
Fax: 617-748-3969
Email: mark.quinlivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Secretary of Defense Donald H. Rumsfeld**
*in his official capacity as the Secretary of the U.S. Department of Defense*
*TERMINATED: 08/07/2006*
represented by **Mark T. Quinlivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Francis J. Harvey**
*in his official capacity as the Secretary of the U.S. Army*
*TERMINATED: 08/07/2006*
represented by **Mark T. Quinlivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David M. Walker**
*in his offficial capacity as U.S. Comptroller General*
*TERMINATED: 08/07/2006*

represented by **Mark T. Quinlivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commonwealth of Massachusetts**

represented by **Brian M. Donovan**
Office of the Attorney General
Room 1813
One Ashburton Place
Boston, MA 02108
617-727-2200 x. 2803
Fax: 617-727-3076
Email: brian.m.donovan@state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean M. Kelley**
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA 02108
617-964-0323
Fax: 617-969-8737
Email: jkelley@umassp.edu
*TERMINATED: 05/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Governor Mitt Romney**
*in his official capacity of the Governor of Massachusetts*
*TERMINATED: 08/07/2006*

represented by **Brian M. Donovan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean M. Kelley**
(See above for address)
*TERMINATED: 05/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martin J. Benison**
*in his official capacity as Comptroller of the Commonwealth of Massachusetts*
*TERMINATED: 08/07/2006*

represented by **Brian M. Donovan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean M. Kelley**

(See above for address)
*TERMINATED: 05/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Massachusetts National Guard** represented by **Brian M. Donovan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brigadier General Oliver J. Mason, Jr.**
*in his official capacity of Adjutant General of the Masschusetts National Guard*
*TERMINATED: 08/07/2006*

represented by **Brian M. Donovan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean M. Kelley**
(See above for address)
*TERMINATED: 05/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leonard Samorowski**
*in his official capacity as Inspector General of the Massachusetts National Guard*
*TERMINATED: 08/07/2006*

represented by **Mark T. Quinlivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2006 | 1 | COMPLAINT against United States of America, Donald H. Rumsfeld, Francis J. Harvey, David M. Walker, Commonwealth of Massachusetts, Mitt Romney, Martin J. Benison, Massachusetts National Guard, Oliver J. Mason, Jr, Leonard Samorowski Filing fee: $ 250, receipt number 69494, filed by Louis P. Tortorella, Wayne Gutierrez, Joseph P. Murphy, Steven M. Littlefield. (Attachments: # 1 # 2 # 3 # 4)(Flaherty, Elaine) (Entered: 01/17/2006) |
| 01/11/2006 | | Summons Issued as to United States of America, Donald H. Rumsfeld, Francis J. Harvey, David M. Walker, Commonwealth of Massachusetts, Mitt Romney, Martin J. Benison, Massachusetts National Guard, Oliver J. Mason, Jr, Leonard Samorowski. (Flaherty, Elaine) (Entered: 01/17/2006) |
| 01/11/2006 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Flaherty, Elaine) (Entered: 01/17/2006) |

| | | |
|---|---|---|
| 02/14/2006 | 2 | AFFIDAVIT OF SERVICE Executed by Louis P. Tortorella. United States of America served on 1/17/2006, answer due 2/6/2006; Donald H. Rumsfeld served on 1/17/2006, answer due 2/6/2006; Francis J. Harvey served on 1/17/2006, answer due 2/6/2006; David M. Walker served on 1/17/2006, answer due 2/6/2006; Commonwealth of Massachusetts served on 1/13/2006, answer due 2/2/2006; Mitt Romney served on 1/13/2006, answer due 2/2/2006; Martin J. Benison served on 1/13/2006, answer due 2/2/2006; Massachusetts National Guard served on 1/13/2006, answer due 2/2/2006; Oliver J. Mason, Jr served on 1/13/2006, answer due 2/2/2006; Leonard Samorowski served on 1/13/2006, answer due 2/2/2006. Acknowledgement filed by Louis P. Tortorella. (Shek, John) (Entered: 02/14/2006) |
| 02/14/2006 | 3 | MOTION for Leave to Appear Pro Hac Vice by Constance Driscoll *(Local Atty - J. Shek)* by Louis P. Tortorella.(Shek, John) Additional attachment(s) added on 3/1/2006 (Flaherty, Elaine). (Entered: 02/14/2006) |
| 02/14/2006 | 6 | AFFIDAVIT OF SERVICE Executed by Louis P. Tortorella, Wayne Gutierrez, Joseph P. Murphy, Steven M. Littlefield. Acknowledgement filed by Louis P. Tortorella, Wayne Gutierrez, Joseph P. Murphy, Steven M. Littlefield. (Attachments: # 1)(Flaherty, Elaine) (Entered: 02/21/2006) |
| 02/16/2006 | 4 | NOTICE of Appearance by Jean M. Kelley on behalf of Mitt Romney, Martin J. Benison, Oliver J. Mason, Jr (Kelley, Jean) (Entered: 02/16/2006) |
| 02/16/2006 | 5 | NOTICE of Appearance by Brian M. Donovan on behalf of Mitt Romney, Martin J. Benison, Oliver J. Mason, Jr (Donovan, Brian) (Entered: 02/16/2006) |
| 02/17/2006 | | Filing fee: $ 50.00, receipt number 70337 regarding Motion for Pro Hac Vice (Constance Driscoll) (Johnson, Jay) (Entered: 02/17/2006) |
| 03/02/2006 | 7 | *(Notice)* against all defendants, filed by Louis P. Tortorella.of filing amended complaint (Shek, John) Modified on 3/6/2006 (Flaherty, Elaine). (Entered: 03/02/2006) |
| 03/02/2006 | 8 | AMENDED COMPLAINT *(First)* against all defendants, filed by Louis P. Tortorella.(Shek, John) (Entered: 03/02/2006) |
| 03/02/2006 | 9 | MOTION to Certify Class by Louis P. Tortorella.(Shek, John) (Entered: 03/02/2006) |
| 03/02/2006 | 10 | MEMORANDUM in Support re 9 MOTION to Certify Class filed by Louis P. Tortorella. (Shek, John) (Entered: 03/02/2006) |
| 03/02/2006 | 11 | Affidavit of counsel in Support re 9 MOTION to Certify Class *(Delaration of Counsel)* filed by Louis P. Tortorella. (Shek, John) Modified on 3/6/2006 (Flaherty, Elaine). (Entered: 03/02/2006) |
| 03/02/2006 | 12 | MOTION Document Preservation Order by Louis P. Tortorella.(Shek, John) (Entered: 03/02/2006) |

| | | |
|---|---|---|
| 03/02/2006 | 13 | MEMORANDUM in Support re 12 MOTION Document Preservation Order filed by Louis P. Tortorella. (Shek, John) (Entered: 03/02/2006) |
| 03/02/2006 | 14 | CERTIFICATE OF SERVICE by Louis P. Tortorella re 7 Amended Complaint, 8 Amended Complaint, 9 MOTION to Certify Class, 10 Memorandum in Support of Motion, 11 Memorandum in Support of Motion, 12 MOTION Document Preservation Order, 13 Memorandum in Support of Motion. (Shek, John) (Entered: 03/02/2006) |
| 03/06/2006 | | Notice of correction to docket made by Court staff. Correction: 7,11 corrected because: entitled wrong (attorney notified) (Flaherty, Elaine) (Entered: 03/06/2006) |
| 03/06/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 3 Motion for Leave to Appear Pro Hac Vice Added Constance Driscoll for Louis P. Tortorella and Wayne Gutierrez (Flaherty, Elaine) (Entered: 03/06/2006) |
| 03/09/2006 | | Filing fee: $ 50., receipt number 70337 regarding motion appear pro hac (Flaherty, Elaine) (Entered: 03/09/2006) |
| 03/20/2006 | 15 | NOTICE of Appearance by Mark T. Quinlivan on behalf of United States of America, Donald H. Rumsfeld, Francis J. Harvey, David M. Walker, Leonard Samorowski (Quinlivan, Mark) (Entered: 03/20/2006) |
| 03/20/2006 | 16 | MOTION to Dismiss for Lack of Jurisdiction by United States of America, Donald H. Rumsfeld, Francis J. Harvey, David M. Walker, Leonard Samorowski.(Quinlivan, Mark) (Entered: 03/20/2006) |
| 03/20/2006 | 17 | MEMORANDUM in Support re 16 MOTION to Dismiss for Lack of Jurisdiction filed by United States of America, Donald H. Rumsfeld, Francis J. Harvey, David M. Walker, Leonard Samorowski. (Attachments: # 1 Declaration of Thomas A. Devine# 2 Declaration of Carl W.S. Chun)(Quinlivan, Mark) (Entered: 03/20/2006) |
| 03/20/2006 | 18 | MOTION to Stay re 9 MOTION to Certify Class, 12 MOTION Document Preservation Order by United States of America, Donald H. Rumsfeld, Francis J. Harvey, David M. Walker, Leonard Samorowski. (Quinlivan, Mark) (Entered: 03/20/2006) |
| 03/21/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 18 Motion to Stay "Allowed as to the motion for class certification. The government is directed to respond within fourteen (14) days to the motion to preserve documents." (Flaherty, Elaine) (Entered: 03/22/2006) |
| 03/31/2006 | 19 | MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Dismiss for Lack of Jurisdiction, 17 Memorandum in Support of Motion, *AND Motion to STAY (with Assent)* by Louis P. Tortorella.(Shek, John) (Entered: 03/31/2006) |
| 03/31/2006 | 20 | MOTION to Stay *Proceedings on Plaintiff's Motion for Class Certification* by Mitt Romney, Martin J. Benison, Oliver J. Mason, Jr. (Donovan, Brian) (Entered: 03/31/2006) |
| 03/31/2006 | 21 | MOTION to Dismiss by Mitt Romney, Martin J. Benison, Oliver J. |

| | | |
|---|---|---|
| | | Mason, Jr.(Kelley, Jean) (Entered: 03/31/2006) |
| 03/31/2006 | 22 | Opposition re 12 MOTION Document Preservation Order filed by Mitt Romney, Martin J. Benison, Oliver J. Mason, Jr. (Donovan, Brian) (Entered: 03/31/2006) |
| 03/31/2006 | 23 | MEMORANDUM in Support re 21 MOTION to Dismiss filed by Mitt Romney, Martin J. Benison, Oliver J. Mason, Jr. (Kelley, Jean) (Entered: 03/31/2006) |
| 04/03/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 19 Motion for Extension of Time to File Response/Reply re 20 MOTION to Stay *Proceedings on Plaintiff's Motion for Class Certification*, 16 MOTION to Dismiss for Lack of Jurisdiction Responses due by 4/7/2006. (Johnson, Mary) (Entered: 04/03/2006) |
| 04/04/2006 | 24 | Consent MOTION for Extension of Time to 4/7/2006 to File Response/Reply as to 12 MOTION Document Preservation Order by United States of America, Donald H. Rumsfeld, Francis J. Harvey, David M. Walker, Leonard Samorowski.(Quinlivan, Mark) (Entered: 04/04/2006) |
| 04/05/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 24 Motion for Extension of Time to File Response/Reply re 12 MOTION Document Preservation Order. Responses due by 4/7/2006. (Johnson, Mary) (Entered: 04/05/2006) |
| 04/07/2006 | 25 | MEMORANDUM in Opposition re 16 MOTION to Dismiss for Lack of Jurisdiction filed by Louis P. Tortorella. (Shek, John) (Entered: 04/07/2006) |
| 04/07/2006 | 26 | MEMORANDUM in Opposition re 21 MOTION to Dismiss filed by Louis P. Tortorella. (Shek, John) (Entered: 04/07/2006) |
| 04/07/2006 | 27 | AFFIDAVIT in Opposition re 21 MOTION to Dismiss, 16 MOTION to Dismiss for Lack of Jurisdiction *(Gutierrez, Wayne - Affiant)* filed by Louis P. Tortorella. (Shek, John) (Entered: 04/07/2006) |
| 04/07/2006 | 28 | AFFIDAVIT of Littlefield, SGT Steven in Opposition re 21 MOTION to Dismiss, 16 MOTION to Dismiss for Lack of Jurisdiction filed by Louis P. Tortorella. (Shek, John) (Entered: 04/07/2006) |
| 04/07/2006 | 29 | AFFIDAVIT of Lavigne, Bruce in Opposition re 21 MOTION to Dismiss, 16 MOTION to Dismiss for Lack of Jurisdiction filed by Louis P. Tortorella. (Shek, John) (Entered: 04/07/2006) |
| 04/07/2006 | 30 | ADDENDUM re 21 MOTION to Dismiss, 16 MOTION to Dismiss for Lack of Jurisdiction *(Appendix - Mat.'s Referenced in Pl.'s Opposition Memoranda)* filed by Louis P. Tortorella. (Shek, John) (Entered: 04/07/2006) |
| 04/07/2006 | 31 | MEMORANDUM in Opposition re 12 MOTION Document Preservation Order filed by United States of America, Donald H. Rumsfeld, Francis J. Harvey, David M. Walker, Leonard Samorowski. (Quinlivan, Mark) |

| | | |
|---|---|---|
| | | (Entered: 04/07/2006) |
| 04/10/2006 | 32 | REPLY to Response to Motion re 12 MOTION Document Preservation Order filed by Louis P. Tortorella. (Shek, John) (Entered: 04/10/2006) |
| 04/20/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 12 Motion document preservation order "Given the government's representations, the court perceives no prejudice to the government in the allowance of the motion." (Flaherty, Elaine) (Entered: 04/21/2006) |
| 04/21/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 20 Motion to Stay, denying 9 Motion to Certify Class re: #09 "Denied without prejudice. When the stay is lifted, the motion may be re-filed." (Flaherty, Elaine) (Entered: 04/21/2006) |
| 04/25/2006 | | NOTICE of Hearing on Motion 21 MOTION to Dismiss, 16 MOTION to Dismiss for Lack of Jurisdiction: Motion Hearing set for Thursday, 8/3/2006 at 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 04/25/2006) |
| 05/04/2006 | 33 | NOTICE of Withdrawal of Appearance by Jean M. Kelley (Kelley, Jean) (Entered: 05/04/2006) |
| 07/25/2006 | | ELECTRONIC NOTICE OF RESCHEDULING: "due to a calendar conflict, the motion hearing currently scheduled for August 3, 2006 is being moved to FRIDAY, AUGUST 4, 2006 AT 10:00 A.M. before Stearns, DJ." Mary Johnson, Deputy Clerk. (Johnson, Mary) Modified on 7/25/2006 (Johnson, Mary). (Entered: 07/25/2006) |
| 08/04/2006 | | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 8/4/2006 re 16 MOTION to Dismiss for Lack of Jurisdiction filed by United States of America,, Donald H. Rumsfeld,, Francis J. Harvey,, David M. Walker,, Leonard Samorowski, and 21 MOTION to Dismiss filed by Mitt Romney,, Martin J. Benison,, Oliver J. Mason, Jr. The court takes the matter under advisement. (Court Reporter Richard Romanow.) (Hamilton, Maria Raia) (Entered: 08/04/2006) |
| 08/07/2006 | 34 | Judge Richard G. Stearns : MEMORANDUM AND ORDER In Temporary Stay, ENTERED. "The United States is ORDERED to provide the court with a status report on the progress of the audit within forty-five (45) days of the date of this Order and each thirty (30) days thereafter(if necessary) as ordered by the court...Plaintiffs will be served with copies of the status reports and may submit comments, if any, within ten (10) days of each filing."(Flaherty, Elaine) (Entered: 08/07/2006) |
| 09/15/2006 | 35 | MOTION for Hearing by all plaintiffs.(Shek, John) (Entered: 09/15/2006) |
| 09/15/2006 | 36 | MOTION for Preliminary Injunction by all plaintiffs.(Shek, John) (Entered: 09/15/2006) |
| 09/15/2006 | 37 | AFFIDAVIT of Plaintiffs *SPC Jos. P. Murphy* by Louis P. Tortorella. (Shek, John) (Entered: 09/15/2006) |

| | | |
|---|---|---|
| 09/15/2006 | 38 | MEMORANDUM in Support re 36 MOTION for Preliminary Injunction filed by all plaintiffs. (Shek, John) (Entered: 09/15/2006) |
| 09/15/2006 | 39 | MOTION to Certify Class *(Renewed)* by all plaintiffs.(Shek, John) (Entered: 09/15/2006) |
| 09/15/2006 | 40 | MEMORANDUM in Support re 39 MOTION to Certify Class *(Renewed)* filed by all plaintiffs. (Shek, John) (Entered: 09/15/2006) |
| 09/15/2006 | 41 | AFFIDAVIT in Support re 39 MOTION to Certify Class *(Renewed)*. (Shek, John) (Entered: 09/15/2006) |
| 09/19/2006 | 42 | TRANSCRIPT of Motion Hearing held on August 4, 2006 before Judge Stearns. Court Reporter: Richard H. Romanow. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-0370 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/19/2006) |
| 09/21/2006 | 43 | STATUS REPORT *of the United States* by United States of America. (Attachments: # 1 Declaration of Scott W. Geer# 2 DA Form 1351-2) (Quinlivan, Mark) (Entered: 09/21/2006) |
| 09/29/2006 | 44 | Response by Louis P. Tortorella to 43 Status Report. (Shek, John) Additional attachment(s) added on 10/2/2006 (Flaherty, Elaine). (Entered: 09/29/2006) |
| 09/29/2006 | 45 | Letter/request (non-motion) from Plaintiffs. (Shek, John) (Entered: 09/29/2006) |
| 09/29/2006 | 46 | Opposition re 36 MOTION for Preliminary Injunction filed by Commonwealth of Massachusetts, Massachusetts National Guard. (Donovan, Brian) (Entered: 09/29/2006) |
| 09/29/2006 | 47 | Opposition re 39 MOTION to Certify Class *(Renewed)* filed by Commonwealth of Massachusetts, Massachusetts National Guard. (Donovan, Brian) (Entered: 09/29/2006) |
| 09/29/2006 | 48 | MOTION to Dismiss *(Renewed)* by Commonwealth of Massachusetts, Massachusetts National Guard.(Donovan, Brian) (Entered: 09/29/2006) |
| 09/29/2006 | 49 | MEMORANDUM in Support re 48 MOTION to Dismiss *(Renewed)* filed by Commonwealth of Massachusetts, Massachusetts National Guard. (Donovan, Brian) (Entered: 09/29/2006) |
| 09/29/2006 | 50 | MEMORANDUM in Opposition re 36 MOTION for Preliminary Injunction, 39 MOTION to Certify Class *(Renewed)* filed by United States of America. (Attachments: # 1 Declaration of Scott W. Geer, First Lieutenant, United States Army)(Quinlivan, Mark) (Entered: 09/29/2006) |
| 10/02/2006 | | Notice of correction to docket made by Court staff. Correction: document 44 corrected because: at attorney's request (included social security information) (Flaherty, Elaine) (Entered: 10/02/2006) |
| 10/03/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 35 Motion for Hearing. "This Court is sitting by designation in the |

| | | |
|---|---|---|
| | | Springfield Federal Courthouse from October 10 to October 13, 2006. A hearing on all pending motions in this case (motions #36, 39, and 48) is therefore scheduled for TUESDAY, OCTOBER 10, 2006 AT 1:00 P.M.in Courtroom #2, 5th floor, FEDERAL BUILDING & COURTHOUSE, 1550 MAIN ST., SPRINGFIELD, MA. SO ORDERED". Richard G. Stearns, USDJ. (Johnson, Mary) Modified on 10/3/2006 (Johnson, Mary). (Entered: 10/03/2006) |
| 10/09/2006 | 51 | Opposition re 48 MOTION to Dismiss *(Renewed)* filed by all plaintiffs. (Shek, John) (Entered: 10/09/2006) |
| 10/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 10/10/2006 re 36 MOTION for Preliminary Injunction filed by Joseph P. Murphy,, Louis P. Tortorella,, Wayne Gutierrez,, Steven M. Littlefield,, 48 MOTION to Dismiss *(Renewed)* filed by Commonwealth of Massachusetts,, Massachusetts National Guard,, 39 MOTION to Certify Class *(Renewed)* filed by Joseph P. Murphy,, Louis P. Tortorella,, Wayne Gutierrez,, Steven M. Littlefield. After hearing the motions are taken under advisement. (Court Reporter Jim Gibbons.) (Stuckenbruck, John) (Entered: 10/10/2006) |
| 10/20/2006 | 52 | Judge Richard G. Stearns : ORDER entered. re 36 MOTION for Preliminary Injunction filed by Joseph P. Murphy,, Louis P. Tortorella,, Wayne Gutierrez,, Steven M. Littlefield, "Motion for Preliminary Injunction DENIED....case STAYED."(Flaherty, Elaine) (Entered: 10/20/2006) |
| 10/20/2006 | | Motions terminated: 36 MOTION for Preliminary Injunction filed by Joseph P. Murphy,, Louis P. Tortorella,, Wayne Gutierrez,, Steven M. Littlefield,, 48 MOTION to Dismiss *(Renewed)* filed by Commonwealth of Massachusetts,, Massachusetts National Guard,, 39 MOTION to Certify Class *(Renewed)* filed by Joseph P. Murphy,, Louis P. Tortorella,, Wayne Gutierrez,, Steven M. Littlefield,. (Flaherty, Elaine) (Entered: 10/20/2006) |
| 10/20/2006 | 53 | STATUS REPORT *(Second)* by United States of America. (Attachments: # 1 Declaration of Scott W. Geer)(Quinlivan, Mark) (Entered: 10/20/2006) |
| 10/30/2006 | 54 | *Plaintiffs'* Response by Louis P. Tortorella to 53 Status Report. (Shek, John) (Entered: 10/30/2006) |
| 11/01/2006 | 55 | Judge Richard G. Stearns : Memorandum and Order entered.(Giannotti, Diane) (Entered: 11/01/2006) |
| 11/17/2006 | 56 | STATUS REPORT *(Third)* by United States of America. (Attachments: # 1 Exhibit Head Count Fiscal Year 2002# 2 Exhibit Head Count Fiscal Year 2003# 3 Exhibit Head Count Fiscal Year 2004# 4 Exhibit Head Count Fiscal Year 2005# 5 Exhibit Head Count Fiscal Year 2006# 6 Exhibit Final Head Count# 7 Exhibit Payments Made To Date# 8 Exhibit Payments Mailed November 13, 2006# 9 Exhibit Payments Mailed November 15, 2006)(Quinlivan, Mark) (Entered: 11/17/2006) |

| | | |
|---|---|---|
| 11/17/2006 | 57 | MOTION to Seal Document *Regarding Plaintiffs* by United States of America.(Quinlivan, Mark) (Entered: 11/17/2006) |
| 11/20/2006 | 58 | NOTICE by United States of America re 56 Status Report, *of Filing* (Attachments: # 1 Declaration of Scott W. Geer, First Lieutenant, United States Army)(Quinlivan, Mark) (Entered: 11/20/2006) |
| 11/27/2006 | 59 | Assented to MOTION for Extension of Time to 11/30/06 to File *Resp to Third Status Rep* by Louis P. Tortorella.(Shek, John) (Entered: 11/27/2006) |
| 11/28/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 57 Motion to Seal Document (Flaherty, Elaine) (Entered: 11/28/2006) |
| 11/30/2006 | 60 | *Plaintiffs'* Response by Louis P. Tortorella *to Defs' 3rd Status Report*. (Shek, John) (Entered: 11/30/2006) |
| 11/30/2006 | 61 | Opposition re 57 MOTION to Seal Document *Regarding Plaintiffs & Cross Mtn to Rescind Order* filed by Louis P. Tortorella. (Shek, John) (Entered: 11/30/2006) |
| 12/14/2006 | | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 59 Motion for Extension of Time to File (Zierk, Marsha) (Entered: 12/14/2006) |
| 12/20/2006 | 62 | STATUS REPORT *(Fourth)* by United States of America. (Attachments: # 1 Declaration of Lieutenant Colonel Jeanne E. Fay Palumbo) (Quinlivan, Mark) (Entered: 12/20/2006) |
| 01/03/2007 | 63 | *Plaintiffs'* Response by Louis P. Tortorella to 62 Status Report *(Fourth)*. (Shek, John) (Entered: 01/03/2007) |
| 01/19/2007 | 64 | STATUS REPORT *(Fifth)* by United States of America. (Attachments: # 1 Declaration of Lieutenant Colonel Jeanne E. Fay Palumbo)(Quinlivan, Mark) (Entered: 01/19/2007) |
| 01/26/2007 | 65 | Judge Richard G. Stearns : ORDER On Fifth Status Report of the United States, entered. "Sixth and final status report will be filed by 2/16/07. Hearing will be convened on 2/21/07 @ 12:00 noon in Courtroom 2..."(Flaherty, Elaine) (Entered: 01/26/2007) |
| 02/02/2007 | 66 | NOTICE by United States of America *Regarding Monies Owed to the Named Plaintiffs and of the Government's Willingness to Make Such Payments* (Quinlivan, Mark) (Entered: 02/02/2007) |
| 02/07/2007 | 67 | First MOTION to Withdraw as Attorney by Louis P. Tortorella.(Driscoll, Constance) (Entered: 02/07/2007) |
| 02/14/2007 | 68 | Response by Louis P. Tortorella to 66 Notice (Other). (Shek, John) (Entered: 02/14/2007) |
| 02/16/2007 | 69 | STATUS REPORT *(Sixth)* by United States of America. (Attachments: # 1 Declaration of Jeanne E. Fay Palumbo)(Quinlivan, Mark) (Entered: 02/16/2007) |

| | | |
|---|---|---|
| 02/19/2007 | 70 | AFFIDAVIT of J Shek re 69 Status Report *& Mtn to Certify Class, Etc.* by Louis P. Tortorella. (Shek, John) (Entered: 02/19/2007) |
| 02/22/2007 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns. Counsel (Attys Shek, Quinlivan, Donovan) appear for Motion Hearing held on 2/22/2007 re 48 MOTION to Dismiss *(Renewed)* filed by Commonwealth of Massachusetts,, Massachusetts National Guard. Arguments heard. Matter taken under advisement. (Court Reporter J. Gibbons.) (Healy, Bethaney) (Entered: 02/22/2007) |
| 02/26/2007 | | Judge Richard G. Stearns : Electronic ORDER entered granting 67 Motion to Withdraw as Attorney. (Flaherty, Elaine) (Entered: 02/26/2007) |
| 04/02/2007 | 71 | Assented to MOTION for Leave to File *Supplemental Brief* by United States of America.(Quinlivan, Mark) (Entered: 04/02/2007) |
| 04/11/2007 | 72 | RESPONSE to Motion re 71 Assented to MOTION for Leave to File *Supplemental Brief* filed by all plaintiffs. (Shek, John) (Entered: 04/11/2007) |
| 04/17/2007 | | Judge Richard G. Stearns : Electronic ORDER entered granting 71 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Flaherty, Elaine) (Entered: 04/19/2007) |
| 04/19/2007 | 73 | BRIEF by United States of America *(Supplemental)*. (Attachments: # 1 Suburban Mortgage Associates, Inc. v. U.S. Dept. of Housing & Urban Development, 480 F.3d 1116 (Fed. Cir. 2007))(Quinlivan, Mark) (Entered: 04/19/2007) |
| 04/19/2007 | 74 | MOTION to Transfer Case by United States of America.(Quinlivan, Mark) (Entered: 04/19/2007) |
| 04/30/2007 | 75 | Judge Richard G. Stearns : MEMORANDUM AND ORDER on Defendants' Motion to Dismiss or to Transfer, ENTERED. "....The claims against the United States will otherwise be TRANSFERRED to the Court of Federal Claims. The claims against the Commonwealth of MA are DISMISSED. The Clerk will, however, retain the case on the court's docket for sixty (60) days pending the report of plaintiffs' counsel."(Flaherty, Elaine) (Entered: 05/01/2007) |
| 06/29/2007 | 76 | Response by Louis P. Tortorella to 75 Memorandum & ORDER,. (Shek, John) (Entered: 06/29/2007) |
| 09/11/2007 | | Certified copies of docket sheet, order of transfer and all pleadings sent to the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. 23005 this day to be shipped by UPS. (Flaherty, Elaine) (Entered: 09/11/2007) |