ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 28 2007
U.S. COURT OF FEDERAL CLAIMS

LOUIS P. TORTORELLA,
WAYNE R. GUTIERREZ,
JOSEPH P. MURPHY, and
STEVEN M. LITTLEFIELD

Plaintiffs

v.

UNITED STATES OF AMERICA

Defendant

No. 07-855-C

Judge Firestone

## AFFIDAVIT TO CLERK OF THE COURT

**TO THE CLERK OF THE UNITED STATES COURT OF FEDERAL CLAIMS:**

I, John Shek, Esq., state under penalty of perjury and based on personal knowledge that:

1. I am the attorney of record to the Plaintiffs in this case, and a member of the bar of this Court in good standing;

2. That on January 11, 2006, I paid all required fees for the filing of this case in the United States District Court for the District of Massachusetts, sitting at Boston.

3. The attached copies of my check, etc., are submitted to show that all required fees were in fact paid (RCFC 3.1(a))

John Shek, Esq.
Weston Patrick, P.A.
84 State Street, Boston, MA

Date Signed: December 27, 2007

VS DATE 01/17/06
P34 E C 054 MA

BANK OF AMERICA,NA MAL
0011000138 [illegible] 01/17/06

1470537419

JAN 17 06

FOR DEPOSIT ONLY
U.S. DISTRICT COURT
ALO #4638001
3756415088

Wed Jan 11 12:58:52
BANK OF AMERICA
PAY TO THE [illegible]
Check No. 7272
Amount$ 250.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4638

---

7272

**JOHN SHEK, ESQ.**
84 STATE STREET
BOSTON, MA 02109

06 CA 10054 RGS

5-13/110

DATE 1-11-06

PAY TO THE ORDER OF U.S. District Court Clerk $ 250.00

Twenty Two Hundred DOLLARS

Fleet Small Business Services
smallbiz.fleet.com Sudbury, MA
80677

FOR

⑈007272⑈ ⑆011000138⑆ 00530 73169⑈ ⑈0000025000⑈

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 JAN 11 A 8:45
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. ______

06 CA 10054 RGS

LOUIS P. TORTORELLA,
WAYNE R. GUTIERREZ,
JOSEPH P. MURPHY, and
STEVEN M. LITTLEFIELD

Plaintiffs

v.

UNITED STATES OF AMERICA;

DONALD H. RUMSFELD, in his official capacity as the Secretary of the U.S. Department of Defense;

FRANCIS J. HARVEY, in his official capacity as the Secretary of the U.S. Army;

DAVID M. WALKER, in his official capacity as U.S. Comptroller General;

THE COMMONWEALTH OF MASSACHUSETTS;

MITT ROMNEY, in his official capacity as Governor of Massachusetts;

MARTIN J. BENISON, in his official capacity as Comptroller of the Commonwealth of Massachusetts,

MASSACHUSETTS NATIONAL GUARD;

BRIGADIER GENERAL OLIVER J. MASON, JR., , in his official capacity of Adjutant General of the Massachusetts National Guard;

LEONARD SAMBOROWSKI, in his official capacity as Inspector General of the Massachusetts National Guard

Defendants