# In the United States Court of Federal Claims

**No. 07-855C**
**(Filed: January 24, 2008)**

* * * * * * * * * * * * * * * * *
*
**LOUIS P. TORTORELLA, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' unopposed motion, filed January 23, 2008, to amend their December 28, 2007 complaint to reflect the substitution of Mildred Tortorella, Executor of the Estate of Louis P. Tortorella, as a named plaintiff in the above-captioned case is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge