# In the United States Court of Federal Claims

No. 07-855C
Filed: March 26, 2008

| | |
|---|---|
| | ) |
| LOUIS P. TORTORELLA, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

ORDER

SCHEDULING FOLLOW-UP ADR
TELEPHONE CONFERENCE

A follow-up ADR telephone conference is scheduled for 2:30 p.m. on Tuesday, April 1, 2008. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge