# In the United States Court of Federal Claims

No. 07-855C
Filed: April 23, 2008

| | |
|---|---|
| LOUIS P. TORTORELLA, et al., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

DIRECTING FILING OF STIPULATED PROTECTIVE ORDER

The attached Stipulation of Protective Order, as signed by the parties and BY the court, shall be FILED THIS DAY.

s/John P. Wiese
John P. Wiese
Judge