# In the United States Court of Federal Claims

No. 07-855C
Filed: July 10, 2008

| | |
|---|---|
| LOUIS P. TORTORELLA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

## SCHEDULING ADR TELEPHONE CONFERENCE

Pursuant to the agreement of the parties, an ADR telephone conference is scheduled for 2:30 p.m. on Monday, July 14, 2008. The court will initiate the call.

s/John P. Wiese
John P. Wiese
Judge